1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, Complex and Defensive Litigation Section
5  JASMIN YANG (Cal. Bar No. 255254)
   Assistant United States Attorney
6        Federal Building, Suite 7516
         300 North Los Angeles Street
7        Los Angeles, California 90012
         Telephone: (213) 894-8827
8        Facsimile: (213) 894-7819
         E-mail: jasmin.yang@usdoj.gov
9
   Attorneys for Xavier Becerra,
10 Secretary, U.S. Department of Health and Human Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VISIONQUEST INDUSTRIES, INC., | No. SACV 23-01984- ADS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services, | Honorable Autumn D. Spaeth<br>United States Magistrate Judge |
| Defendant. | |

1

1    Pursuant to Local Rule 40-2, Plaintiff VisionQuest Industries, Inc. ("Plaintiff")
2    and defendant Xavier Becerra, Secretary of Health and Human Services (the
3    "Secretary") (together, the "parties"), by and through their undersigned counsel, file this
4    Notice of Settlement to inform that the Court that the parties have reached a tentative
5    settlement of this matter.
6    The parties will file a stipulation for dismissal with prejudice following the
7    execution of the final settlement agreement.

9    Dated: July 29, 2024                Respectfully submitted,

10                                       E. MARTIN ESTRADA
                                         United States Attorney
11                                       DAVID M. HARRIS
                                         Assistant United States Attorney
12                                       Chief, Civil Division
                                         JOANNE S. OSINOFF
13                                       Assistant United States Attorney
                                         Chief, Complex and Defensive Litigation Section

16                                       /s/ Jasmin Yang
                                         JASMIN YANG
                                         Assistant United States Attorney

                                         Attorneys for Xavier Becerra, Secretary
18                                       U.S. Department of Health and Human Services

19    Dated: July 29, 2024               /s/  Nicolas Jurkowitz
20                                       Nicolas Jurkowitz
                                         FENTON LAW GROUP, LLP
21                                       1990 South Bundy Drive, STE. 777
                                         Los Angeles, CA 90025

23                                       Attorney for Plaintiff VisionQuest Industries, Inc.

ATTESTATION UNDER L.R. 5-4.3.4

I, Jasmin Yang, am the ECF user whose ID and password are being used to file this **NOTICE OF SETTLEMENT**. In compliance with Local Rule 5-4.3.4(a)(2), I certify and attest that Plaintiff's counsel, Nicholas Jurkowitz, has concurred in this filing.

DATED: July __, 2024                      /s/ Jasmin Yang
                                          Assistant United States Attorney