1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, Complex and Defensive Litigation Section
5  JASMIN YANG (Cal. Bar No. 255254)
   Assistant United States Attorney
6        Federal Building, Suite 7516
         300 North Los Angeles Street
7        Los Angeles, California 90012
         Telephone: (213) 894-8827
8        Facsimile: (213) 894-7819
         E-mail: Jasmin.Yang@usdoj.gov
9
   Attorneys for Defendant Xavier Becerra,
10 Secretary of Health and Human Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VISIONQUEST INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>Defendant. | No. SACV 23-01984-ADS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[(Proposed) Order filed concurrently herewith]<br><br>Honorable Autumn D. Spaeth<br>United States Magistrate Judge |

1

1  IT IS HEREBY STIPULATED AND AGREED by Plaintiff VisionQuest Industries, Inc. and Defendant Xavier Becerra, Secretary of Health and Human Services, by and through their respective attorneys, that the above-captioned action shall be dismissed in its entirety with prejudice pursuant to a settlement between the parties. Each party will bear his, her, or its own attorney's fees, costs, and expenses.

A proposed order dismissing the case is attached hereto as Exhibit 1.

Dated: September 19, 2024

Respectfully submitted,

E. MARTIN ESTRADA
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation

   /s/ Jasmin Yang
JASMIN YANG
Assistant United States Attorney

Attorneys for Xavier Becerra, Secretary of Health and Human Services


/s/ Nicholas Jurkowitz
Nicolas Jurkowitz
FENTON LAW GROUP, LLP
1990 South Bundy Drive, STE. 777
Los Angeles, CA 90025

Attorney for Plaintiff VisionQuest Industries, Inc.

ATTESTATION UNDER L.R. 5-4.3.4

I, Jasmin Yang, am the ECF user whose ID and password are being used to file this **STIPULATION FOR DISMISSAL WITH PREJUDICE**. In compliance with Local Rule 5-4.3.4(a)(2), I certify and attest that Plaintiff's counsel, Nicholas Jurkowitz, has concurred in this filing.

DATED: September 19, 2024         /s/ Jasmin Yang
                                                         Assistant United States Attorney