JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISIONQUEST INDUSTRIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>XAVIER BECERRA, Secretary of Health and Human Services, <br><br>Defendant. | No. SACV 23-01984- ADS <br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br>Honorable Autumn D. Spaeth <br>United States Magistrate Judge |

Upon consideration of the Stipulation for Dismissal with Prejudice (the "Stipulation"), entered into by plaintiff VisionQuest Industries, Inc. ("Plaintiff") and defendant Xavier Becerra, Secretary of Health and Human Services (the "Secretary"), and good cause appearing:

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.
2. This case is dismissed with prejudice; and
3. Each party will bear his, her, its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

DATED: September 19, 2024        _____/s/ Autumn D. Spaeth_____

HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE